LIZZIE H. CLARK, Respondent, *v.* MARVIN H. CLARK, Appel-
lant.

(Argued December 7, 1886; decided December 17, 1886.)

*Edward P. Wilder* for appellant.

*Abram Wakeman* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.